**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0776-17T3

SUJIN YOO,

    Plaintiff-Appellant,

v.

NAIYA J. PATEL and
BOROUGH OF FAIRVIEW,

    Defendants-Respondents.

_____

          Submitted September 24, 2018 – Decided  December 18, 2018

          Before Judges Messano and Fasciale.

          On appeal from Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-0764-16.

          Jae Lee Law, PC, attorneys for appellant (Shane A. Sullivan, of counsel and on the briefs).

          Keenan & Doris, LLC, attorneys for respondents (Joanne M. Venino, of counsel and on the brief).

PER CURIAM

The matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION